In the Matter of the Board of Education of the Union Free School District No. 11 of the Town of Hempstead, Appellant, v. Ewald B. Nyquist,

as Acting Commissioner of Education of the State of New York, et al., Respondents.—STALEY, JR., J.

938

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.